GULEST ASSOCIATES, INC., Respondent, v. TOWN OF NEWBURGH et al., Appellants.—

We agree with the determination of Special Term that the statute in question is unconstitutional as applied to the facts of this case. Beldock, P. J., Christ, Hill, Rabin and Hopkins, JJ., concur. [25 Misc 2d 1004.]